F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 8 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02831-BNB

ALFRED LEE MAULDIN, PRISONER, "AFFIDAVIT," PRO- SE, AND
ALL PRISONERS SIMILARILY [sic] SITUATED,

    Plaintiff,

v.

ALL ADMINISTRATIVE AND JUDICIAL OFFICIALS, ET AL., ACTING ON THE
BEHALF OF THE UNITED STATES OF AMERICA,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, Alfred Lee Mauldin, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Correctional Center in Forrest City, AZ. He initiated this action by submitting *pro se* a document titled "Pro-Se Amicus Notice." The Court reviewed the document and determined it was deficient. Therefore, in an order filed on December 31, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Mauldin to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The December 31, 2008, order pointed out that Mr. Mauldin failed to submit on the proper, Court-approved forms a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. The order warned Mr. Mauldin that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice. Mr. Mauldin

has failed within the time allowed to cure the deficiencies listed in the December 31 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 11 day of Feb., 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02831-BNB

Alfred Lee Mauldin
Reg No. 14877-075
FCC - Low - Unit M-D
P.O. Box 9000
Forrest City, AR 72336-9000

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/12/09

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk